# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CJ Products LLC )
) Case No. 23-cv-16244
v. )
) Judge: Hon. Matthew F. Kennelly
THE PARTNERSHIPS and )
UNINCORPORATED ASSOCIATIONS ) Magistrate: Hon. Maria Valdez
IDENTIFIED ON SCHEDULE "A" )
)

## SATISFACTION OF JUDGEMENT

Plaintiff, in accordance with FRCP 60(b)(5), having reached a post-default settlement agreement with the Doe Defendants listed below:

| Doe | Store | Merchant ID |
|---|---|---|
| 12 | Dongguan Xinsheng Toys Co., Ltd. | dongguanxinsheng |

dismisses them from the suit without prejudice.

Dated this 6th Day of June 2024.    Respectfully submitted,

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com